IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHRISTOPHER YOUNG | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| SUPERINTENDENT LAMAS, *et al*. | : | NO. 12-3623 |

**O R D E R**

**AND NOW**, this 23rd day of April, 2013, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's response, inclusive of all exhibits thereto, and after review of the Report and Recommendation of the Chief United States Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;[1]

2. The Petition for Writ of Habeas Corpus is **DISMISSED** without an evidentiary hearing; and

3. Petitioner has not met statutory requirements to have his case heard and no reasonable jurist could find this procedural ruling debatable; thus, a certificate of appealability is **DENIED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

---

[1] I note that no objections to the Report and Recommendation have been filed.