IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER YOUNG,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 12-3623 |
| | : | |
| **SUPERINTENDENT LAMAS, et al.,** | : | |
| Respondents. | : | |
| | : | |

**O R D E R**

**AND NOW**, this 27th day of January, 2014, upon consideration of the petitioner's *pro se* motion for relief pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (Doc. No. 28), it is hereby **ORDERED** that the motion is **DENIED** in its entirety.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.